# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TIJUAN J. MOORE<br>ID # 23031262<br><br>v.<br><br>DALLAS COUNTY JAIL | § § § § § § § | CIVIL ACTION NO. 3:25-CV-2589-S-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 5] will be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as moot.

**SO ORDERED.**

SIGNED February 13, 2026.

_____
**UNITED STATES DISTRICT JUDGE**